FILED
CLERK, U.S. DISTRICT COURT

January 12, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>YJCMS DEVELOPMENT, LLC, a California limited liability company; and DOES 1-10m inclusive,<br><br>    Defendants | Case No.: 2:20-cv-10352-SB-AFM<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

Plaintiff filed a notice of settlement on January 11, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on March 5, 2021 at 8:30 a.m. If the parties file a proposed order to dismiss the entire action with prejudice by February 26, 2021, the OSC shall be taken off calendar without further notice. Otherwise, the parties shall appear at the OSC hearing, and the Court shall set a trial date.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

DATED: January 12, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge